IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CALIFORNIA SPORTFISHING,          No. C 09-01756 SI

    Plaintiff,                     **PRETRIAL PREPARATION ORDER**

  v.

LAKE COUNTY,

    Defendant.
                                /

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>March 5, 2010</u> at <u>3:00 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>March 4, 2011</u>.

DESIGNATION OF EXPERTS: <u>10/1/10</u>; REBUTTAL: <u>10/26/10</u>.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>March 4, 2011</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>March 25, 2011</u>;

    Opp. Due <u>April 8, 2011</u>; Reply Due <u>April 15, 2011</u>;

    and set for hearing no later than <u>April 29, 2011</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>August 23, 2009</u> at <u>3:30 PM</u>.

COURT TRIAL DATE: <u>September 6, 2011</u> at <u>8:30 AM.</u>,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case is referred to the Court's mediation program. The ADR Dept. shall contact counsel prior to assigning a mediator.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

                                                SUSAN ILLSTON
                                                United States District Judge

<s>
</s>
<s>United States District Court
For the Northern District of California</s>