IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING, | No. C 09-01756 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| LAKE COUNTY, | |
| Defendant. | |
| _____/ | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: March 5, 2010 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is March 4, 2011.

DESIGNATION OF EXPERTS: 10/1/10; REBUTTAL: 10/26/10.
        Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is March 4, 2011.

DISPOSITIVE MOTIONS **SHALL** be filed by March 25, 2011;

        Opp. Due April 8, 2011;  Reply Due April 15, 2011;

        and set for hearing no later than April 29, 2011 at 9:00 AM.

PRETRIAL CONFERENCE DATE: August 23, 2009 at 3:30 PM.

COURT TRIAL DATE: September 6, 2011 at 8:30 AM.,
        Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case is referred to the Court's mediation program. The ADR Dept. shall contact counsel prior to assigning a mediator.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: _____

_____
SUSAN ILLSTON
United States District Judge

**United States District Court**
For the Northern District of California