ANITA L. GRANT (Cal. Bar No. 144603)
County Counsel
255 N. Forbes Street
Lakeport, CA. 95453
Telephone: (707) 263-2321
Fax: (707) 263-0702
Email: Anitag@co.lake.ca.us

Attorneys for Defendants
Lake County, Lake County Department
of Public Services, Kim Kevin Clymire
and Chuck Maves

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff<br><br>vs.<br><br>LAKE COUNTY, LAKE COUNTY DEPARTMENT OF PUBLIC SERVICES, KIM KEVIN CLYMIRE, in his official capacity, and CHUCK MAVES,<br><br>Defendants. | Case No. 3:09-cv-01756 SI<br><br>DEFENDANTS' ADMINISTRATIVE REQUEST TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER<br><br>Date: March 5, 2010<br>Time: 3:00 p.m.<br>Courtroom: 19, 19th Floor<br>Judge: Hon. Susan Illston |

Request is hereby made that counsel for the Defendants, Lake County, Lake County Department of Public Services, Kim Kevin Clymire, and Chuck Maves, hereinabove named, be permitted to appear telephonically at the Case Management Conference scheduled for March 5, 2010 at 3:00 p.m. This request is made to minimize legal costs given that travel to and from the Court is a minimum of six (6) hours of time and because settlement of this case has been reached as explained in the accompanying Case Management Conference Statement.

//

Defendants' Administrative Request to
Appear by Telephone at Case Management
Conference and [proposed] Order                                       Case No. 3:09-cv-01756-SI

1

Counsel, Anita L. Grant, may be reached at (707) 263-2350 on the date of the case management conference.

Dated: February 24, 2010          /s/ Anita L. Grant
                                             Anita L. Grant
                                             County Counsel
                                             County of Lake
                                             Attorneys for Defendants

---

[Proposed] Order

Good cause appearing therefor, the defendants' administrative request to appear by telephone at the case management conference scheduled for March 5, 2010 at 3:00 p.m. is granted.

Dated: _____      _____
                                             HON. SUSAN ILLSTON
                                             United States District Judge

Defendants' Administrative Request to
Appear by Telephone at Case Management
Conference and [proposed] Order                         Case No. 3:09-cv-01756-SI
2