ANITA L. GRANT (Cal. Bar No. 144603)
County Counsel
255 N. Forbes Street
Lakeport, CA. 95453
Telephone: (707) 263-2321
Fax: (707) 263-0702
Email: Anitag@co.lake.ca.us

Attorneys for Defendants
Lake County, Lake County Department
of Public Services, Kim Kevin Clymire
and Chuck Maves

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>                    Plaintiff<br><br>vs.<br><br>LAKE COUNTY, LAKE COUNTY DEPARTMENT OF PUBLIC SERVICES, KIM KEVIN CLYMIRE, in his official capacity, and CHUCK MAVES,<br><br>                    Defendants. | Case No. 3:09-cv-01756 SI<br><br>DEFENDANTS' ADMINISTRATIVE REQUEST TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER<br><br>Date: March 5, 2010<br> Time: 3:00 p.m.<br> Courtroom: 19, 19th Floor<br>Judge: Hon. Susan Illston |

        Request is hereby made that counsel for the Defendants, Lake County, Lake

County Department of Public Services, Kim Kevin Clymire, and Chuck Maves,

hereinabove named, be permitted to appear telephonically at the Case Management

Conference scheduled for March 5, 2010 at 3:00 p.m.  This request is made to

minimize legal costs given that travel to and from the Court is a minimum of six (6)

hours of time and because settlement of this case has been reached as explained in

the accompanying Case Management Conference Statement.

//

Defendants' Administrative Request to
Appear by Telephone at Case Management
Conference and [proposed] Order                                    Case No. 3:09-cv-01756-SI

1

1    Counsel, Anita L. Grant, may be reached at (707) 263-2350 on the date of the

2    case management conference.

3

4    Dated: February 24, 2010                    /s/ Anita L. Grant
                                                 Anita L. Grant
5                                                County Counsel
                                                 County of Lake
6                                                Attorneys for Defendants

7    ----------------------------------------------------------------------------------------------------------

8                              [Proposed] Order

9        Good cause appearing therefor, the defendants' administrative request to appear
     by telephone at the case management conference scheduled for March 5, 2010 at 3:00
10   p.m. is granted.

11

12   Dated: _____          _____
                                                 HON. SUSAN ILLSTON
13                                               United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   Defendants' Administrative Request to
     Appear by Telephone at Case Management
     Conference and [proposed] Order                   Case No. 3:09-cv-01756-SI
                                    2