The case management conference scheduled to occur on Friday, March 5, 2010, is vacated.

June 8, 2010 is the filing deadline for the Stipulation for Approval of Consent Agreement and Dismissal.

ANDREW L. PACKARD (State Bar No. 168690)
ERIK M. ROPER (State Bar No. 259756)
Law Offices of Andrew L. Packard
100 Petaluma Blvd. N., Suite 301
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (415) 763-9227
E-mail: andrew@packardlawoffices.com

MICHAEL R. LOZEAU (Bar No. 142893)
DOUGLAS J. CHERMAK (Bar No. 233382)
LOZEAU DRURY LLP
1516 Oak Street, Suite 216
Alameda, California 94501
Tel: (510) 749-9102
Fax: (510) 749-9103
E-mail: michael@lozeaudrury.com

Attorneys for Plaintiff California Sportfishing Protection Alliance

*IT IS SO ORDERED*
*Judge Susan Illston*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation;<br><br>Plaintiff,<br><br>vs.<br><br>LAKE COUNTY, LAKE COUNTY DEPARTMENT OF PUBLIC SERVICES, KIM KEVIN CLYMIRE, in his official capacity, and CHUCK MAVES,<br><br>Defendants. | Case No. 3:09-cv-01756-SI<br><br>**NOTICE OF SETTLEMENT** |

TO THE CLERK OF THE COURT, ANY INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff California Sportfishing Protection Alliance ("CSPA") and Defendants, parties in the above-captioned action, have reached settlement and signed a [Proposed] Agreement. The settlement is

---

Notice of Settlement                                                                 Case No. 3:09-cv-01756-SI

1

contingent upon the expiration of the federal agencies' 45-day review period.[1]

PLEASE TAKE FURTHER NOTICE that, in accordance with federal law, no judgment disposing of this action may be entered prior to 45 days following the receipt of the proposed settlement agreement by the United States Department of Justice and the national and Region IX offices of the United States Environmental Protection Agency. *See* 40 C.F.R. § 135.5 (requiring the parties to provide notice to the court of the 45-day agency review period under 33 U.S.C. § 1365(c)). The regulatory agencies' review period will end on or about May 8, 2009; if any of the reviewing agencies object to the proposed agreement, the parties would require additional time to meet and confer and attempt to resolve the agencies' concerns. Consequently, the parties submit that good cause exists to set June 8, 2009, as the deadline for the filing of a Stipulation for Approval of Consent Agreement and Dismissal of Plaintiff's Claims With Prejudice, or a Notice that the settlement is null and void.

Date:  February 24, 2010         LAW OFFICES OF ANDREW L. PACKARD

/s/ Andrew L. Packard
Andrew L. Packard
Attorneys for Plaintiff
California Sportfishing Protection Alliance

---

[1] Title 33 of the United States Code Section 1365(c) provides that "[n]o consent judgment shall be entered in an action in which the United States is not a party prior to 45-days following the receipt of a copy of the proposed consent judgment by the Attorney General and the Administrator."

Case 3:09-cv-01756-SI   Document 34   Filed 02/25/10   Page 3 of 3